4 ALEDIA GIVENS, Individually and as Administratrix of the Estate of STEPHNE J. GIVENS, Deceased, Appellant, v ROCHESTER CITY SCHOOL DISTRICT et al., Respondents. (Appeal No. 2.) [691 NYS2d 812] —Appeal unanimously dismissed without costs (*see, Empire Ins. Co. v Food City*, 167 AD2d 983, 984). (Appeal from Order of Supreme Court, Monroe County, Lunn, J.—Reargument.) Present—Denman, P. J., Hayes, Wisner, Hurlbutt and Callahan, JJ.